IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE FLINT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                  CASE NO. 1D15-3258

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed December 8, 2016.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Nancy A. Daniels, Public Defender, Steven Seliger, Assistant Public Defender, Michael MacNamara, Assistant Public Defender, and Kathleen Stover, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney General, and Robert Humphrey, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.